**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KENDRICK L. WILLIAMS, | Case No. 2:25-cv-02468-GMN-EJY |
| Petitioner, | **ORDER** |
| v. | |
| MANUEL PORTILLO, et al., | |
| Respondents. | |

In this habeas action, Petitioner Kendrick L. Williams submitted an unopposed request for a 60-day extension of time to file an Amended Petition. ECF No. 10. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore Ordered that Petitioner's Unopposed Motion for Extension of Time to File an Amended Petition (First Request) (ECF No. 10) is granted.

It is further Ordered that Petitioner has through June 8, 2026, to file an Amended Petition for a Writ of Habeas Corpus.

Dated:    April 8, 2026

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE