**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KENDRICK L. WILLIAMS,<br>Petitioner,<br>v.<br>MANUEL PORTILLO, et al.,<br>Respondents. | Case No. 2:25-cv-02468-GMN-EJY<br>**ORDER** |

Petitioner Kendrick L. Williams filed a *pro se* protective federal habeas petition. (ECF No. 6.) The Court appointed counsel, and Williams's counsel filed a motion to stay this action while Williams concluded his state post-conviction appellate proceedings. (ECF No. 5; 12.) This Court granted a stay on May 15, 2026, and instructed Williams to return to this court with a motion to reopen within 45 days of issuance of the remittitur by the Nevada Supreme Court at the conclusion of the state court proceedings. (ECF No. 14.) Williams has complied, moving to reopen this case and for a scheduling order to permit him to file an amended petition. (ECF No. 40.) Respondents filed no opposition and the deadline to do so has expired.

It is therefore Ordered that Petitioner's Motion to Reopen (ECF No. 16) is granted. It is kindly directed that the Clerk of Court reopen this matter and lift the stay.

It is further Ordered that Petitioner has through October 26, 2026, to file an amended petition and/or seek other appropriate relief. The remainder of this Court's scheduling order (ECF No. 9) remains in effect.

Dated: August 24, 2026

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE